[Nos. 56501-0-I; 56517-6-I.   Division One.   January 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. VICHAI SALY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. SAMBO MOEUN, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 03-1-00863-6 and 04-1-12310-7, James D. Cayce, J., entered June 20 and July 5, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Baker, JJ.

[No. 24715-5-III.   Division Three.   January 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT TRACY SPENCER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03985-2, Harold D. Clarke III, J., entered November 18, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kato, JJ.

[Nos. 33419-4-II; 33545-0-II.   Division Two.   January 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN DAVID DYE, *Appellant*.

*In the Matter of the Personal Restraint of* KEVIN DAVID DYE, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-00478-8, Kathryn J. Nelson, J., entered June 14, 2005, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Hunt, JJ.